8 F.3d 812
 Ross (Claude), Tennant (Trudy), Searles (Mabel), Fleming
(Linda), Hallinan (Walt), Reaves (Bridgette), Brown
(Sandra), Trulear (Charles), Turner (Barbara), Wyatt (A.
Ollie), Jones (Cynthia), Garrett (Douglas), McElveen
(Josephine), Porter (Sigmond), Walkins (Jacqueline), Bell
(Jerome), Varallo (John), Leftwich (Leonard), Brown
(Loretta), Dorsey (Ronald), Jones (Ruben), Martin (Alice),
Morris (Betty), Nottage (Larry), Summer (Carl), Raimo
(Neil), Sawyer (Rudolph)
 NO. 93-1107
 United States Court of Appeals,
Third Circuit.
 Sept 30, 1993
 
 Appeal From: E.D.Pa.,
 Joyner, J.
 
 
 1
 AFFIRMED.